Daniel Feinberg – CA State Bar No. 135983
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> DOE FIRM LONG TERM DISABILITY PLAN, <br><br> Defendant. | Case No. C06-03200 MMC <br><br> STIPULATION VACATING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

WHEREAS the Court has scheduled a Case Management Conference for August 18, 2006 at 10:30 a.m.;

WHEREAS the parties have agreed to settlement terms;

WHEREAS the parties need additional time to draft a written settlement agreement; and

WHEREAS the parties anticipate filing a stipulation of dismissal by the end of August 2006;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Case Management Conference scheduled for August 18, 2006 at 10:30 a.m. be taken off calendar.

\\
\\
\\

STIPULATION AND [PROPOSED] ORDER [CASE NO. C06-03200MMC]

| | | |
|---|---|---|
| 1 | Dated: August 11, 2006 | Respectfully submitted, |
| 2 | | LEWIS, FEINBERG, RENAKER & JACKSON, P.C. |
| 3 | | By: /s/ Daniel Feinberg |
| 4 | | Daniel Feinberg |
| 5 | | Attorneys for Plaintiff |
| 6 | Dated: August 11, 2006 | KELLY HERLIHY & KLEIN LLP |
| 7 | | By: /s/ Butz for SPN Sean Nalty |
| 8 | | Attorneys for Defendant |

9

10   Good cause appearing,

11   1.   The Case Management Conference scheduled for August 18, 2006 is vacated.

12   2.   If the parties have not yet filed a Stipulation of Dismissal, the Court shall conduct a status conference on September 29, 2006 at 10:30 a.m.

13   A joint case management statement shall be filed by September 22, 2006.

14   **IT IS SO ORDERED.**

15   Date: August 14, 2006         /s/ Maxine M. Chesney

16                                 U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER [CASE NO. C06-03200MMC]